IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06cr00358 SWW |
| | * | |
| | * | |
| | * | |
| TERRANCE OZELLE WATSON a/k/a | * | |
| CADILLAC, | * | |
| | * | |
| Defendant. | * | |

ORDER

Defendant Terrance Ozelle Watson has filed a number of *pro se* notices concerning alleged misconduct by the Bureau of Prisons, including alleged medical negligence and reprisal [doc.#'s 113, 114, 115]. To the extent defendant wishes to challenge his conditions of confinement, he should not file "notices" in this criminal case, but may file may a separate lawsuit challenging all aspects of his confinement he believes to be unconstitutional or otherwise actionable.[1]

IT IS SO ORDERED this 2nd day of April 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court expresses no opinion on the propriety of any such lawsuit.