**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.** 4:06-CR-00358-01-SWW

**TARRANCE WATSON**

**ORDER**

Pending is Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 152), based on the retroactive application of the United States Sentencing Commission's crack cocaine penalty guideline reduction.

Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table in U.S.S.G. § 2D1.1 are potentially eligible for a reduction. On November 2, 2007, Defendant was sentenced to 188 months in prison.[1] However, his base offense level and sentence were not determined based on the drug quantity table, but rather on his status as a "career offender" under U.S.S.G. § 4B1.1.[2] Therefore, the amended crack cocaine sentencing guidelines do not apply.

Accordingly, Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 152) is DENIED.

IT IS SO ORDERED this 17th day of November, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 70, 71. " For reasons unrelated to the drug quantity table, Defendant's sentence was reduced to 126 months on May 4, 2011. *See* Doc .No. 150.

[2] See the United States Sentencing Commission's "Reader-Friendly" Version of the Final 2011 Guideline Amendment Implementing the Fair Sentencing Act, *available at* http://www.ussc.gov/Meetings_and_Rulemaking/Materials_on_Federal_Cocaine_Offenses/20110428_RF_Amendments_Pages.pdf